## Dunn *v.* Tarentum Borough (No. 2).

Argued May 4, 1903. Appeal, No. 43, April T., 1903, by defendant, from judgment of C. P. No. 2, Allegheny Co., Jan. T., 1902, No. 285, on verdict for plaintiff in case of Mary A. Dunn v. Tarentum Borough. Before RICE, P. J., BEAVER, ORLADY, W. D. PORTER, MORRISON and HENDERSON, JJ. Affirmed.

OPINION BY RICE, P. J., October 5, 1903:

The questions raised on this appeal are precisely the same as those raised in Dunn v. Tarentum Boro., ante, p. 332. For the reasons given in the opinion filed in that case the judgment is affirmed.